UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00614-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. **DIONISIO SALGADO-MEZA**,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO,
   AKA "CLARA SANCHEZ" and
6. MARISELA SALGADO,

    Defendants.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, and 18 U.S.C. § 982, as set forth in the Indictment returned on December 14, 2010;

THAT a Preliminary Order of Forfeiture was entered on January 30, 2012;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any third-party to file a petition expired on April 23, 2012; and no Petition for Ancillary Hearing has been filed by any party;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C.

§ 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

THAT judgment of forfeiture of $7,846.51 in lieu of the real property located at 375 Red Fox Drive, Gypsum, Colorado shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited $7,846.51 in lieu of the real property located at 375 Red Fox Drive, Gypsum, Colorado, and may dispose of it in accordance with law.

DATED this 24th day of July, 2012.

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge