**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00937-MSK
(Criminal Action No. 10-cr-00614-MSK-3)

UNITED STATES OF AMERICA,

    Petitioner,

v.

3. DIONISIO SALGADO-MEZA,

    Respondent.

---

**JUDGMENT**

---

Pursuant to and in accordance with the Opinion and Order Denying Motion to Vacate of Chief Judge Marcia S. Krieger entered on April 23rd, 2014, the following Judgment is hereby entered:

1. Mr. Salgado-Meza's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C § 2255 (#249) filed on April 11, 2013 is DENIED.

2. The corresponding civil action is dismissed.

Dated at Denver, Colorado this 23rd day of April, 2014.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

        By:  s/  K Lyons
                K Lyons
                Deputy Clerk